UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LINDA GILLARD., an individual,

        Plaintiff,

-vs-                                                    Case No. 2:12-CV-00157-JES-SPC

VISION ACE HARDWARE, LLC.,
a Florida limited liability corporation,

        Defendant.
_____/

## ORDER

This matter comes before the Court on a Plaintiff's Joint Motion to Substitute Mediator, Juan Bello, Esq., for Eugene Smith, Esq., (Doc. # 15) filed on June 28, 2012. Linda Gillard ("Gillard") filed her Complaint in the instant case with this Court on March 16, 2012, alleging: (1) a violation of the American with Disabilities Act; (2) disability discrimination in violation of Florida Statute §760; (3) a violation of the Age Discrimination in Employment Act; (4) age discrimination in violation of Florida Statute §760; (5) unlawful gender discrimination under Title Vii of the Civil Rights Act of 1964; (6) unlawful gender discrimination under Florida Statute §760; and (7) a violation of Lee County Ordinance 00-18. (Compl. ¶ 1). On May 24, 2012, the Court issued a Case Management and Scheduling Order (Doc. # 12). The Order set a mediation deadline of January 18, 2013. (Doc. # 12).

Gillard and Defendant Vision Ace Hardware ("Vision Ace"), informed the Court of their mediator selection, Mr. Bello, on May 31, 2012. (Doc. # 13). Approximately two weeks later, on June 18, 2012, the parties set a mediation date of July 13, 2012, before Mr. Bello. (Doc. # 14). The Parties have been informed that Mr. Bello has two other mediations scheduled that day.

Therefore, Gillard and Vision Ace wish to continue on with mediation as scheduled but request that the Court substitute Eugene Smith Esq., in place of Mr. Bello. The parties contend that substituting Mr. Bello with Mr. Smith will not prejudice either party or delay court proceedings. (Id. at ¶ 10). As it is within the Court's discretion to allow a substitution, this Court finds good cause to grant the Joint Motion.

Accordingly, it is now

**ORDERED:**

1. The Parties' Joint Motion to Substitute Mediator (Doc. # 15) is **GRANTED**.

2. The Clerk of Court shall remove Juan Bello as the mediator of record and replace him with Eugene Smith.

**DONE AND ORDERED** at Fort Myers, Florida, this __29th__ day of June, 2012.

*SHERI POLSTER CHAPPELL*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:
All Parties of Record

Juan Bello, Esq.
1100 Fifth Avenue South
Suite 201
Naples, FL 34102

Eugene Smith, Esq.
1715 Monroe Street
P.O. Box 280
Fort Myers, FL 33902